AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# United States District Court
for the
District of Arizona

| | | | |
|---|---|---|---|
| In the Matter of the Seizure of: *(Briefly describe the property to be seized)* Approximately $5,955.00 held in Venmo account number 80922399. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. | 21-9119 MB |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the District of Arizona be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Approximately $5,955.00 held in Venmo account number 80922399.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _5/19/2021_
(not to exceed 14 days)

☒ in daytime - 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to any United States Judge on criminal duty in Arizona.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be search or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*. ☐ until the facts justifying, the later specific date of _____

Date and time issued:   _5/5/2021 @ 10:53am_

*Judge's signature*

City and State:  _Phoenix, AZ_

Honorable Eileen S. Willett, U.S. Magistrate Judge
*Printed name and title*